# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID LEWIS**                                                                                                    **PLAINTIFF**
**ADC #165397**

**VS.**                                                  **4:18CV00494-BRW**

**SALINE COUNTY JAIL;** *et al.*                                                              **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Plaintiff's Amended Complaint (Doc. No. 8-1) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 19th day of September, 2018.


                /s/ Billy Roy Wilson_____
                UNITED STATES DISTRICT JUDGE