## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DAVID LEWIS**                                                                              **PLAINTIFF**
**ADC #165397**

**VS.**                                              **4:18CV00494-BRW**

**SALINE COUNTY JAIL;** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 19th day of September, 2018.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE